ERIC GRANT
United States Attorney
KIMBERLY SOKOLICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND FETZER,<br><br>Defendant. | CASE NO. 2:26-CR-0087-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: July 30, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on July 30, 2026.

2. By this stipulation, defendant now moves to continue the status conference until October 1, 2026, at 9:30 a.m., and to exclude time between July 30, 2026, and October 1, 2026, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes investigative reports, recorded interviews, and related documents in electronic form including approximately 1200 pages of documents, 12 GB of recordings, and additional digital forensic evidence. All of this discovery has been either produced directly to counsel and/or

made available for inspection and copying.

b) Counsel for defendant desires additional time to review discovery for this matter, consult with her client, discuss potential resolutions with her client, and otherwise prepare for trial.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 30, 2026 to October 1, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 17, 2026

ERIC GRANT
United States Attorney

/s/ KIMBERLY SOKOLICH
KIMBERLY SOKOLICH
Assistant United States Attorney

Dated: July 17, 2026

/s/ Kresta Daly
Kresta Daly
Counsel for Defendant
RAYMOND FETZER

**ORDER**

IT IS SO FOUND AND ORDERED this 17th day of July, 2026.

Troy L. Nunley
Chief United States District Judge